ORIGINAL

LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734

Attorney for Plaintiff

LODGED

OCT 20 2008
12:30 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2008
at 4 o'clock and 25 min. P M.
SUE BEITIA, CLERK


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DALE MARCZAK ) | CIVIL NO. 08-00274 ACK/LEK |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE OF ALL |
| vs. ) | CLAIMS AND PARTIES; ORDER |
| ) | |
| LI-LI-LI CORPORATION ) | |
| dba TRES JOLIE ) | |
| Defendant. ) | |
| ) | |


## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint be dismissed with prejudice.

There are no remaining parties and/or issues.

This stipulation is signed by or on behalf of all appearing parties hereunder described.

No trial week has been scheduled.

DATED: Honolulu, Hawaii, 17/09/2008.

_____
LUNSFORD PHILLIPS
Attorney for DALE MARCZAK

_____
KEITH MATSUOKA
Attorney for LI-LI-LI CORP.

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

*Marczak v. Li-Li-Li Corporation*; USDC 08-00274 ACK/LEK; STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER